UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                            )<br>          Plaintiff            )<br>                                            )<br>vs.                                       )<br>                                            )<br>Martin Archibald          )<br>                                            )<br>          Defendant(s)    )<br>_____) | CRIMINAL NO. 08mj1236<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**)/ Case Disposed / Order of Court).

Mayra Vasquez-Leon

DATED: 5-1-08

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
                by Rhee Rhne
                        Deputy Clerk

CLERK'S OFFICE COPY,
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082