```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1433-IEG |
| 11                         Plaintiff, ) | |
| 12               v.          ) | NOTICE OF APPEARANCE |
| 13  MARTIN LATRAY ARCHIBALD,  ) | |
| 14                         Defendant. ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead
18   counsel in the above-captioned case.  I certify that I am
19   admitted to practice in this court or authorized to practice under
20   CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to
22   practice in this court or authorized to practice under CivLR
23   83.3.c.3-4) are also associated with this case, should be listed
24   as lead counsel for CM/ECF purposes, and should receive <u>all</u>
25   Notices of Electronic Filings relating to activity in this case:
26        <u>Name</u> - "None"

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Please call me if you have any questions about this notice.

DATED: June 9, 2008.

                          Respectfully submitted,

                          KAREN P. HEWITT
                          United States Attorney

                          <u>s/Paul S. Cook</u>
                          PAUL S. COOK
                          Assistant United States Attorney
                          Attorney for Plaintiff
                          United States of America
                          Email: paul.cook@usdoj.gov

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,          )     Case No. 08cr1433-IEG
                                                                )
                Plaintiff,         )
                                                                )
       v.                                                  )
                                                                )     CERTIFICATE OF SERVICE
MARTIN LATRAY ARCHIBALD,          )
                                                                )
                Defendant.       )
_____)

IT IS HEREBY CERTIFIED THAT:

    I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                                  David H. Bartick
                                  db@barticklaw.com

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

                                  None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 9, 2008.

                                  s/Paul S. Cook
                                  PAUL S. COOK

3