DAVID H. BARTICK
LAW OFFICES OF DAVID H. BARTICK
*Certified Specialist, Criminal Law*
California State Bar No. 126132
101 West Broadway, Suite 1950
San Diego, CA 92101-8220
Telephone: (619) 231-8900
Facsimile: (619) 231-8075
Email: db@barticklaw.com

Attorney for Defendant
Martin Latray Archibald

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Irma E. Gonzalez, Chief Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN LATRAY ARCHIBALD,<br><br>Defendant. | Criminal Case No. 08CR1433-IEG<br><br>ACKNOWLEDGMENT OF<br>COURT DATE BY DEFENDANT |

I, MARTIN LATRAY ARCHIBALD, defendant in the above-entitled cause, hereby acknowledge my obligation to appear before the Honorable Irma E. Gonzalez, Chief Judge of the United States District Court, on Tuesday, October 14, 2008 at 9:00 a.m. I continue to Waive Time for the purpose of the Court accepting my plea, and I further acknowledge that a failure to appear on this court date will result in the forfeiture of my personal surety bond, and the issuance of a warrant for my arrest.

Dated: 8-13-08

MARTIN LATRAY ARCHIBALD